476 A.2d 74

Commonwealth v. Lint, Appellant.

Submitted March 23, 1984. David E. Lint, appellant, in propria persona; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Order affirmed.